# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, | Case No. 2:17-cv-02250-APG-VCF |
| Plaintiff, | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |
| v. | (ECF No. 45) |
| LAURA SERRANO-QUEZADA, an individual; CHRISTIAN CARRILLO, an individual; NATHALY MEDINA, an individual; JORGE RICARDO ORTIZ MARTINEZ, an individual; JULIA VIDELA, individually, and as the heir of Vanessa Calderon and as executor of the Estate of Vanesa Calderon; GEORGE CALDERON, as the heir of Vanessa Calderon; DOES 1-20 and ROE CORPORATIONS 1 - 20, inclusive, | |
| Defendants. | |

Plaintiff State Farm filed a motion for summary judgment. Defendants Nathaly Medina and Jorge Ricardo Ortiz Martinez filed a "Non-Opposition" to the motion, stating "that they do not oppose State Farm's Motion for Summary Judgment [and] have no opposition to the entry of orders granting the relief sought by State Farm in the . . . motion." ECF No. 47 at 1-2. None of the other defendants filed a response to the motion.

The motion sets out the undisputed facts, which I adopt and summarize below. On June 5, 2016, defendant Christian Carrillo drove a 1998 GMC Sierra pickup truck registered to and owned by defendant Laura Serrano-Quezada. Defendants Medina and Martinez were passengers in the GMC Sierra. Carrillo ran a red light and crashed into a 2014 Sonata, killing the driver of the Sonata and injuring Medina and Martinez. Medina and Martinez filed a state court lawsuit (the Medina Action) asserting claims against Carrillo and Serrano. State Farm insured the GMC Sierra, so it is providing a defense to Carrillo and Serrano in that case.

State Farm also issued to Serrano policy No. 0925223-E01-28A, insuring a 2015 Chevrolet C-1500 (the Chevy Policy). The Chevy was not involved in the accident. State Farm filed this

1  lawsuit seeking a declaration that it owes no coverage, defense, or indemnity under the Chevy

2  Policy to any of the defendants in this case.

3         The GMC Sierra was not an insured vehicle under the Chevy Policy. Thus, any loss related

4  to the GMC Sierra is not covered by the Chevy Policy, and State Farm is under no duty to defend

5  or indemnify Carrillo or Serrano under the Chevy Policy with regard to the Medina Action. State

6  Farm is thus entitled to summary judgment on its claim for declaratory relief.

7         IT IS THEREFORE ORDERED that State Farm's motion for summary judgment **(ECF**

8  **No. 45) is GRANTED.**

9         IT IS HEREBY DECLARED that State Farm has no duty to defend or indemnify Christian

10  Carrillo or Laura Serrano-Quezada under its policy No. 0925223-E01-28A for any claims arising

11  from the accident occurring on June 5, 2016, including the Medina Action.

12         DATED THIS 21st day of March, 2018.

13

14         _____

15         ANDREW P. GORDON
       UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28