ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
E-Mail: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
E-Mail: Priscilla.Obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
TEL.: 702-893-3383
FAX: 702-893-3789
*Attorneys for Plaintiff*
State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LAURA SERRANO-QUEZADA, an individual; CHRISTIAN CARRILLO, an individual; NATHALY MEDINA, an individual; JORGE RICARDO ORTIZ MARTINEZ, an individual; JULIA VIDELA, individually, and as the heir of Vanessa Calderon and as executor of the Estate of Vanesa Calderon; GEORGE CALDERON, as the heir of Vanessa Calderon; DOES 1-20 and ROE CORPORATIONS 1 - 20, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02250 APG-VCF<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL COUNTERCLAIMS WITH PREJUDICE** |
| NATHALY MEDINA AND JORGE MARTINEZ RICARDO ORTIZ,<br><br>Counterclaimants.<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Counterdefendant. | |

4811-4775-8943.1

The parties, by and through their respective undersigned counsel of record, agree and stipulate that all COUNTERCLAIMS filed by Defendants/Counterclaimants NATHALY MEDINA AND JORGE MARTINEZ RICARDO ORTIZ against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees. This stipulation does not involve the claims made by State Farm against any party. All claims made by State Farm remain active.

Dated this 15th day of March, 2018

**THE LAW OFFICE OF RODOLFO GONZALEZ, LTD.**

_____
Rodolfo Gonzalez
Nevada Bar No. 12751
2001 W. Charleston Blvd.
Las Vegas, NV 89102
*Attorney for Nathaly Medina and Jorge Ricardo Ortiz Martinez*

Dated this ___ day of March, 2018

**THE LAW OFFICE OF LISA M. SZYC, P.C.**

_____
Lisa M. Szyc
Nevada Bar No. 11726
626 South Third Street
Las Vegas, NV 89101
*Attorney for George Calderon*

Dated this 19 day of March, 2018

**LEWIS BRISBOIS BISGAARD & SMITH**

_____
Priscilla L. O'Briant
Nevada Bar No. 10171
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
*Attorney for State Farm*

ORDER

**IT IS SO ORDERED:**

Dated this ___ day of _____, 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**

The parties, by and through their respective undersigned counsel of record, agree and stipulate that all COUNTERCLAIMS filed by Defendants/Counterclaimants NATHALY MEDINA AND JORGE MARTINEZ RICARDO ORTIZ against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees. This stipulation does not involve the claims made by State Farm against any party. All claims made by State Farm remain active.

Dated this ___ day of March, 2018

**THE LAW OFFICE OF RODOLFO GONZALEZ, LTD.**

_____
Rodolfo Gonzalez
Nevada Bar No. 12751
2001 W. Charleston Blvd.
Las Vegas, NV 89102
*Attorney for Nathaly Medina and Jorge Ricardo Ortiz Martinez*

Dated this ___ day of March, 2018

**LEWIS BRISBOIS BISGAARD & SMITH**

_____
Priscilla L. O'Briant
Nevada Bar No. 10171
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
*Attorney for State Farm*

Dated this 25 day of March, 2018

**THE LAW OFFICE OF LISA M. SZYC, P.C.**

_____
Lisa M. Szyc
Nevada Bar No. 11726
626 South Third Street
Las Vegas, NV 89101
*Attorney for George Calderon*

ORDER

IT IS SO ORDERED:

Dated: March 28, 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**