**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Case No. 2:17-cv-02250-APG-VCF |
| Plaintiff, | **ORDER DENYING AS MOOT MOTION TO DISMISS COUNTERCLAIMS AND VACATING HEARING** |
| v. | |
| LAURA SERRANO-QUEZADA, et al., | (ECF No. 27) |
| Defendants. | |

In light of the parties' stipulation dismissing the counterclaims filed by defendants/counterclaimaints Nathaly Medina and Jorge Ortiz against plaintiff/counterdefendant State Farm Mutual Automobile Insurance Company (ECF No. 52),

IT IS ORDERED that State Farm Mutual Automobile Insurance Company's motion to dismiss counterclaims of defendants Nathaly Medina and Jorge Ortiz **(ECF No. 27) is DENIED as moot.**

IT IS FURTHER ORDERED that the **April 3, 2018 hearing set for this motion (ECF No. 48) is VACATED**.

DATED this 2nd day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE