# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>   Plaintiff<br><br>v.<br><br>LAURA SERRANO-QUEZADA, et al.,<br><br>   Defendants | Case No.: 2:17-cv-02250-APG-VCF<br><br>**Order for Status Report** |

IT IS ORDERED that on or before June 29, 2018, the parties shall file a joint status report regarding what, if anything, remains of this case.

DATED this 14th day of June, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE