UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>LAURA SERRANO-QUEZADA, et al.,<br><br>Defendants | Case No.: 2:17-cv-02250-APG-VCF<br><br>**Order for Entry of Judgment** |

On June 29, 2018, the parties filed a Joint Status Report (ECF No. 55) agreeing that "final judgment should be entered in favor of State Farm and the case should be closed." I agree.

IT IS THEREFORE ORDERED that the clerk of the court shall enter judgment in favor of State Farm as set forth in my order granting summary judgment (ECF No. 50), and then close this case.

DATED this 3rd day of July, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE